RECEIVED
CHARLOTTE, N.C.

SEP 21 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO.: 3:05CV407-K

| | |
|---|---|
| ALYCE LYNNE COLE,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAMMELL CROW COMPANY,<br><br>    Defendant. | **ORDER GRANTING ADMISSION**<br>***PRO HAC VICE* OF**<br>**WEYMAN T. JOHNSON, JR. AND**<br>**HEATHER G. HAVETTE** |

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of Catherine E. Thompson and Melissa M. Kidd of Helms Mulliss & Wicker, PLLC requesting that Weyman T. Johnson, Jr. and Heather G. Havette be admitted to appear as counsel for Defendant the Trammell Crow Company ("TCC") in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Weyman T. Johnson, Jr. and Heather G. Havette be granted special admission to the Bar of this Court and that they be allowed to appear in this civil action as attorney of record for TCC along with co-counsel, Catherine E. Thompson and Melissa M. Kidd, who are members in good standing of the Bar of this Court.

This the 23rd day of September, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE